Deverie J. Christensen
Nevada State Bar No. 6596
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  deverie.christensen@jacksonlewis.com

*Attorney for Defendant*
*Simoniz USA, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENNIS MENG,<br><br>                       Plaintiff,<br><br>         vs.<br><br>SIMONIZ USA, INC., a Connecticut Corporation; DOES I-X; ROE BUSINESS ENTITIES I-X,<br><br>                       Defendants. | Case No. 2:21-cv-02143-RFB-VCF<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant Simoniz USA, Inc., by and through its counsel, the law firm of Jackson Lewis P.C., and Plaintiff Dennis Meng, by and through his counsel, Kemp & Kemp, Attorneys at Law, hereby stipulate to the Dismissal With Prejudice of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This stipulation is sought in good faith and not for the purpose of delay.

Dated this 21st day of July, 2023.

| KEMP & KEMP, ATTORNEYS AT LAW | JACKSON LEWIS P.C. |
|---|---|
| /s/ James P. Kemp | /s/ Deverie J. Christensen |
| James P. Kemp, State Bar No. 6375 | Deverie J. Christensen, State Bar No.6596 |
| Victoria L. Neal, State Bar No. 13382 | 300 S. Fourth Street, Suite 900 |
| 7435 W. Azure Drive, Suite 110 | Las Vegas, Nevada 89101 |
| Las Vegas, NV 89130 | |
| | *Attorneys for Defendant* |
| *Attorney for Plaintiff* | *Simoniz USA, Inc.* |
| *Dennis Meng* | |

**ORDER**

IT IS SO ORDERED  July 24 , 2023.

_____
U.S. District Judge/Magistrate Judge